IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMIL HOHMANN and RASHAAN ELAM,** : | **CIVIL ACTION NO. 1:15-CV-1240** |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **JASON EUGENE HOBBLE and OFFICERS SNYDER AND STURM,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 19th day of January, 2016, upon consideration of the motion (Doc. 6) to dismiss filed by defendants Snyder and Sturm, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 6) is GRANTED.

2. Plaintiffs' *pro se* complaint (Doc. 1-1) is DISMISSED as follows:

    a. Count I against defendant Jason Eugene Hobble is dismissed with prejudice.

    b. Counts II through VI against defendants Snyder and Sturm are dismissed without prejudice.

3. Plaintiffs are granted leave to amend their pleading, with respect to defendants Snyder and Sturm only, within twenty (20) days of the date of this order, consistent with the court's memorandum. If plaintiffs fail to file a curative amended pleading within twenty (20) days of the date of this order, the Clerk of Court shall close this case.

4. Any amended pleading filed pursuant to paragraph 3 shall be filed to the same docket number as the instant action, shall be entitled "First Amended Complaint," and shall be complete in all respects. It shall clearly and cogently identify the legal theories that plaintiff seeks to pursue against each remaining defendant, in addition to the factual basis therefor. Further, any amended pleading shall be a new pleading which stands by itself as an adequate complaint under the Federal Rules of Civil Procedure, without reference to the complaint (Doc. 1-1) hereinabove dismissed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania